# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES W. DYER, | : |
| Plaintiff, | : Case No. 16-cv-0259-M-PAS |
| v. | : |
| DERRICK HUSSEY, d/b/a HIPPOCAMPUS PRESS, | : |
| Defendant. | : |

## CONSENT ORDER AND JUDGMENT

WHEREAS, plaintiff James W. Dyer ("Plaintiff" or "Mr. Dyer") initiated the herein action for monetary and injunctive relief against the Defendant Derrick Hussey, d/b/a Hippocampus Press (the "Defendant"), for alleged violations of the Copyright Act pertaining to the planned publication of four short stories, as described more specifically below (the "Copyrighted Stories");

WHEREAS, Plaintiff filed in this Court and served a Motion for a Temporary Restraining Order and Preliminary Injunction against Defendant, seeking temporary and preliminary injunctive relief against the Defendant from publishing the Copyrighted Stories;

WHEREAS, the parties wish to resolve their differences and to avoid the costs of proceeding with time-consuming and costly litigation; and

WHEREFORE, by agreement of the parties, and in settlement of the herein action, it is hereby

**ORDERED, ADJUDGED and DECREED that**

1. Judgment is hereby entered in favor of Plaintiff and against Defendant on the Copyright Infringement Count contained within the Verified Complaint as described below.

2. The parties agree that this Court has personal jurisdiction over the Defendant.

3. This Court has subject matter jurisdiction over the within dispute pursuant to 17 U.S.C. § 501.

4. Plaintiff James W. Dyer, as assignee of C.M. Eddy, Jr. (as author), is the owner of valid Copyrights to the below listed Copyrighted Stories, each of which originally was published in *Weird Tales* Magazine and copyrighted (and renewed) by Rural Publishing, Inc., as a part of a composite work:

- *Ashes*, Original Publication *Weird Tales*, March, 1924, Volume 3, Issue 3, © 1924 Rural Publishing Corporation – B609499, Renewed February 1951 – R74538 Weird Tales (PCW) Proprietor of Composite Work;

- *The Ghost-Eater,* Original Publication *Weird Tales*, April 1924, Volume 3, Issue 4, © 1924 Rural Publishing Corporation – B612119, Renewed February, 1951 – R74539 Weird Tales (PCW) Proprietor of Composite Work;

- *The Loved Dead*, Original Publication *Weird Tales*, May-June-July 1924, Volume 4, Issue 2, © 1924 Rural Publishing Corporation – B620017, Renewed March 1952 – R92330 Weird Tales (PCW) Proprietor of Composite Work; and

- *Deaf, Dumb and Blind*, Original Publication Weird Tales, April 1925, Volume 5, Issue 4, © 1925 Rural Publishing Corporation – B658386, Renewed February, 1953 – R107981 Weird Tales (PCW) Proprietor of Composite Work.

5. Defendant and his agents are hereby enjoined from publishing any of or any part or excerpt of the Copyrighted Stories while their respective Copyrights remain in effect.

6. Defendant and his agents will retrieve and collect any and all paper and electronic Advance Reading Copies and/or Galley Proofs that contain the Copyrighted Stories and return them to Plaintiff within thirty days of the Entry of the Consent Order and Judgment.

7. Judgment in the amount of ten thousand dollars ($10,000.00) is hereby entered in favor of Plaintiff and against Defendant, which amount reflects a consented to reduction of the attorneys' fees expended by Plaintiff in this matter pursuant to 17 U.S.C. § 505; Plaintiff agrees to refrain from any collection efforts on this Judgment for sixty days from the date of entry of this Consent Order and Judgment but if Plaintiff is required to engage in any collection efforts relating thereto after the expiration of the sixty day period, Defendant agrees that he will be responsible for Plaintiff's reasonable attorneys' fees relating thereto in addition to the amount of the judgment and statutory interest thereon.

8. The Defendant consents to the jurisdiction in this Court for the purpose of any motion or action to enforce the terms of this Consent Order.

ENTER:  PER ORDER:

/s/ John J. McConnell, Jr.
United States District Judge
August 25, 2016

Stipulated and Agreed to:

JAMES W. DYER
By his Attorney,

_____
Charles S. Beal (#5559)
BEAL LAW, LLC
55 Pine Street, Suite 400
Providence, RI 02903
Tel: (401) 270-6200
Fax: (401) 490-0117
cbeal@beallawllc.com

DERRICK HUSSEY, d/b/a
HIPPOCAMPUS PRESS,
By his Attorney,

_____
Gregory Koerner
THE KOERNER FIRM
233 Broadway, Suite 2208
New York, NY 10279
Tel: (212) 461-4377
Fax: (212) 453-0658
gkoerner@koerner-associates.com

_____
JAMES W. DYER

_____
DERRICK HUSSEY